An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL LARA CAZARES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68293

FILED

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a pretrial petition for a writ of habeas corpus. Petitioner is charged with multiple counts of sexual assault and sexually motivated coercion. He sought to strike the coercion counts on the ground that NRS 207.190 (coercion statute) provides that any threat, deprivation, or intimidation must occur contemporaneously with the alleged compelled act. We have considered the petition on file herein, and we decline to intervene in this matter as petitioner has an adequate remedy at law by way of an appeal should he be convicted.[1] *See*

---

[1]To the extent petitioner challenges the sufficiency of the evidence to support probable cause, we decline to exercise our discretion to consider that claim. *See Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 546, 612 P.2d 679, 680 (1980) (explaining that judicial economy and sound administration of justice generally militate against the use of mandamus to review pretrial probable-cause determinations).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22011

NRS 34.170; NRS 34.330.  Accordingly, we deny the petition.  *See* NRAP 21(b).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Douglas Smith, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A